**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**JAVIOUS MATTOX,** *and,*<br>**MALIK TUCKER,**<br><br>    *Defendants.* | **CRIMINAL ACTION NO.**<br>**3:25-cr-00006-TES-CHW** |

**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE**

Before the Court is Defendant Javious Mattox's Unopposed Motion to Continue Trial in the Interest of Justice [Doc. 59]. On March 12, 2025, the Grand Jury returned a three-count Indictment [Doc. 33] charging Defendant and his co-defendant, Malik Tucker, with Conspiracy to Interfere with Commerce by Robbery in violation of 18 U.S.C. § 1951, Interference with Commerce by Robbery in violation of 18 U.S.C. §§ 1951 and 2, and Use of a Firearm During and in Relation to a Crime of Violence in violation of 18 U.S.C. §§ 924(c)(1)(A) and 2. Defendant pleaded "not guilty" at his arraignment on March 26, 2025, and was released on a secured bond pending trial. [Doc. 43]; [Doc. 44]; [Doc. 45]; [Doc. 31]; [Doc. 32]. The Court has continued this case twice, most recently scheduling the Pretrial Conference for June 4, 2025, and the trial for July 8, 2025. *See* [Doc. 55, p. 2].

Defense counsel seeks a third continuance, explaining his co-counsel—who

recently entered her appearance to handle this matter during his upcoming paternity leave—needs additional time "to familiarize herself with this case and to receive and review a potential plea resolution." [Doc. 59, pp. 2–3]. The Government does not oppose the requested continuance. [*Id.*].

The Court finds that granting Defendant's request serves the ends of justice. *See* 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the ends of justice served by granting the requested continuance outweigh the interests of Defendant and the public in a speedy trial. *See id.* Failure to grant this continuance would deny defense counsel "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." *Id.* § 3161(h)(7)(B)(iv).

Accordingly, the Court **GRANTS** Defendant Mattox's Motion [Doc. 59]. Additionally, since "the time for trial has not yet run" with respect to his co-defendant and "no motion for severance has been granted," *see* 18 U.S.C. § 3161(h)(6), the Court **CONTINUES** the Pretrial Conference until **July 7, 2025**, and the trial of this matter until **August 11, 2025**, *as to both Defendants*. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

**SO ORDERED**, this 20th day of May, 2025.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**