# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAVIOUS MATTOX and<br>MALIK TUCKER,<br><br>    *Defendants.* | **CRIMINAL ACTION NOS.**<br>**3:25-cr-00006-TES-CHW-1**<br>**3:25-cr-00006-TES-CHW-2** |

## ORDER GRANTING UNOPPOSED MOTION TO CONTINUE

Before the Court is Defendant Javious Mattox's Unopposed Motion to Continue Trial in the Interest of Justice [Doc. 64]. On March 12, 2025, the Grand Jury returned a three-count Indictment [Doc. 33] charging Defendant and his co-defendant, Malik Tucker, with Conspiracy to Interfere with Commerce by Robbery in violation of 18 U.S.C. § 1951, Interference with Commerce by Robbery in violation of 18 U.S.C. §§ 1951 and 2, and Use of a Firearm During and in Relation to a Crime of Violence in violation of 18 U.S.C. §§ 924(c)(1)(A) and 2.

Defendant Mattox pled "not guilty" at his arraignment on March 26, 2025, and was released on a secured bond pending trial. [Doc. 43]; [Doc. 44]; [Doc. 45]; [Doc. 31]; [Doc. 32]. The Court has continued this case four times, most recently scheduling the Pretrial Conference for August 4, 2025, and the trial for September 22, 2025, for both Defendant Mattox and Defendant Tucker. *See* [Doc. 62, pp. 1–2].

Defendant Mattox filed his latest request for a continuance to allow more time to continue plea negotiations. [Doc. 64, pp. 2]. The government does not oppose another continuance. [*Id.* at pp. 2–3]. Thus, the Court finds that granting Defendant Mattox's request serves the ends of justice. *See* 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the ends of justice served by granting the requested continuance outweigh the interests of Defendant Mattox, Defendant Tucker, and the public in a speedy trial. *See id.* Failure to grant this continuance would deny defense counsel "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." *Id.* § 3161(h)(7)(B)(iv).

Accordingly, the Court **GRANTS** Defendant Mattox's Unopposed Motion to Continue [Doc. 64]. Since "the time for trial has not yet run" with respect to his co-defendant, Defendant Tucker, and "no motion for severance has been granted," *see* 18 U.S.C. § 3161(h)(6), the Court **CONTINUES** the Pretrial Conference until **September 3, 2025**, and the trial of this matter until **October 20, 2025**, *as to both Defendants*. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

**SO ORDERED**, this 31st day of July, 2025.

S/ Tilman E. Self, III
**TILMAN E. SELF, III**
**UNITED STATES DISTRICT JUDGE**