# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JAVIOUS MATTOX**, *and*,<br>**MALIK TUCKER**,<br><br>    *Defendants*. | **CRIMINAL ACTION NOS.**<br>**3:25-cr-00006-TES-CHW-1**<br>**3:25-cr-00006-TES-CHW-2** |

## ORDER GRANTING UNOPPOSED MOTION TO CONTINUE

Before the Court is Defendant Javious Mattox's Unopposed Joint Motion to Continue Trial in the Interest of Justice [Doc. 67]. On March 12, 2025, the Grand Jury returned a three-count Indictment [Doc. 33] charging Defendant and his co-defendant, Malik Tucker, with Conspiracy to Interfere with Commerce by Robbery in violation of 18 U.S.C. § 1951, Interference with Commerce by Robbery in violation of 18 U.S.C. §§ 1951 and 2, and Use of a Firearm During and in Relation to a Crime of Violence in violation of 18 U.S.C. §§ 924(c)(1)(A) and 2.

Defendant Mattox pled "not guilty" at his arraignment on March 26, 2025, and was released on a secured bond pending trial. [Doc. 43]; [Doc. 44]; [Doc. 45]; [Doc. 31]; [Doc. 32]. The Court has continued this case five times, most recently scheduling the Pretrial Conference for September 3, 2025, and the trial for October 20, 2025. *See* [Doc. 66, p. 2].

Defendant Mattox filed this latest request for continuance to allow more time for the parties to continue plea negotiations. [Doc. 67, pp. 2–3]. The government does not oppose another continuance. [*Id.* at p. 3]. Thus, the Court finds that granting Defendant's request serves the ends of justice. *See* 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the ends of justice served by granting the requested continuance outweigh the interests of Defendant Mattox, Defendant Tucker, and the public in a speedy trial. *See id.* Failure to grant this continuance would deny defense counsel "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." *Id.* § 3161(h)(7)(B)(iv).

Accordingly, the Court **GRANTS** Defendant Mattox's Unopposed Joint Motion to Continue Trial in the Interest of Justice [Doc. 67]. Since "the time for trial has not yet run" with respect to his co-defendant, Defendant Tucker, and "no motion for severance has been granted," *see* 18 U.S.C. § 3161(h)(6), the Court **CONTINUES** the Pretrial Conference until **December 3, 2025**, and the trial of this matter until **January 19, 2026**, *as to both Defendants*. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

**SO ORDERED**, this 26th day of August, 2025.

S/ Tilman E. Self, III_____
**TILMAN E. SELF, III, JUDGE
UNITED STATES DISTRICT COURT**
