IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JAVIOUS MATTOX,** *and,*<br>**MALIK TUCKER,**<br><br>  *Defendants.* | **CRIMINAL ACTION NOS.**<br>**3:25-cr-00006-TES-CHW-1**<br>**3:25-cr-00006-TES-CHW-2** |

**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE**

Before the Court is the United States of America's Unopposed Motion For Continuance In the Interest of Justice. [Doc. 71]. Defense counsel does not oppose this motion. [Doc. 71, p. 1]. On March 12, 2025, the Grand Jury returned a three-count Indictment [Doc. 33] charging Defendant Javious Mattox and Defendant Malik Tucker with Conspiracy to Interfere with Commerce by Robbery in violation of 18 U.S.C. § 1951, Interference with Commerce by Robbery in violation of 18 U.S.C. §§ 1951 and 2, and Use of a Firearm During and in Relation to a Crime of Violence in violation of 18 U.S.C. §§ 924(c)(1)(A) and 2.

Defendants pled "not guilty" at their arraignments, and were released on a secured bond pending trial. [Doc. 23]; [Doc. 27]; [Doc. 31]; [Doc. 32]; [Doc. 43]; [Doc. 44]; [Doc. 45]. The Court has continued this case seven times, most recently scheduling the Pretrial Conference for January 12, 2026, and the trial for February 2026. *See* [Doc. 70].

Counsel for the United States of America requests a continuance to evaluate its position after the Eleventh Circuit Court of Appeals' recent decision in *United States v. Jy'Quale Samari Grable*, No. 23-10544, 2026 WL 25300 (11th Cir. Jan. 5, 2026). [Doc. 71, ¶ 3]. The Court finds that granting a continuance serves the ends of justice. *See* 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the ends of justice served by granting the United States of America's request outweigh the interests of Defendant and the public in a speedy trial. *See id.* Specifically, failure to grant this continuance would deny the government "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." *Id.* at § 3161(h)(7)(B)(iv). For this reason, the Court **GRANTS** the United States of America's Unopposed Motion for Continuance In The Interest of Justice. [Doc. 71]. The Court **CONTINUES** the Pretrial Conference until **February 11, 2026**, and **CONTINUES** the trial of this matter until **March 23, 2026,** *as to both Defendants.* The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

**SO ORDERED**, this 12th day of January, 2026.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**