IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

UNITED STATES OF AMERICA,           *

v.                                  *

                                        Case Number:  3:25-CR-00006-TES-CHW-1

JAVIOUS MATTOX,                     *

        Defendant.                  *

## O R D E R

Pursuant to an Appearance Bond dated February 20, 2025, Defendant was released on bond following the payment into the registry of the Court of the sum of $1,500.00.  The conditions of the Appearance Bond have now been met and the Clerk is directed to disburse from the registry of the Court the sum of $1,500.00, plus all accrued interest less any amounts necessary for administrative fees of the Court to: MONICA CARRUTH.

This 2ND day of February, 2026.

                            s/Tilman E. Self, III
                            _____
                            TILMAN E. SELF, III,  JUDGE
                            UNITED STATES DISTRICT COURT